# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDSEY ROCKWOOD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-4438 |
| | : | |
| KILOLO KIJAKAZI | : | |
| *ACTING COMMISSIONER OF THE* | : | |
| *SOCIAL SECURITY ADMINISTRATION* | : | |

## ORDER

AND NOW, this 27th day of September, 2022, upon careful and independent consideration of Plaintiff Lindsey Rockwood's Request for Review (Document No. 11), the Report and Recommendation (R&R) of United States Magistrate Judge Scott W. Reid (Document No. 15), and the Commissioner of Social Security's objections (Document No. 16), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED:

1. Rockwood's Request for Review is DENIED;

2. The Commissioner's objections are SUSTAINED;

3. The R&R is APPROVED and ADOPTED in part as stated in the accompanying Memorandum. The remainder of the R&R is NOT ADOPTED;

4. Judgment is entered AFFIRMING the decision of the Commissioner; and

5. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez  
Juan R. Sánchez, C.J.